United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VITALINO PABLO PABLO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-686 |
| | § | |
| WARDEN, PORT ISABEL SERVICE | § | |
| PROCESSING CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Vitalino Pablo Pablo is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A). Petitioner concedes that he is subject to mandatory detention under that statute, (*see* Pet., Doc. 1, ¶ 4 (citing *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026)), but alleges that this application of Section 1225(b)(2)(A) violates his constitutional rights under the Due Process Clause of the Fifth Amendment.

The Court has reviewed the Petition and is inclined to conclude, as it has in analogous cases, that Petitioner is not entitled to the requested relief. *See, e.g., Makhmudov v. Lyons*, No. 1:26-CV-024, 2026 WL 879392, at *1 (S.D. Tex. Mar. 31, 2026) (citing *Zuniga v. Lyons*, 814 F. Supp. 3d 685, 696 (N.D. Tex. 2025); *Guzman-Diaz v. Noem*, No. 3:25- CV-3008-X-BN, 2026 WL 309938, at *8 (N.D. Tex. Feb. 5, 2026); *Giron v. Noem*, No. 4:26- CV00086, 2026 WL 252370, at *2 (S.D. Tex. Jan. 28, 2026); and *Banyee v. Garland*, 115 F.4th 928, 930 (8th Cir. 2024)).

The Court notes, however, that the Fifth Circuit is currently considering and has heard oral argument in a case raising due process claims analogous to those that Petitioner alleges here. *See Sosnava Rodriguez v. Ortega*, Case No. 26-50183 (5th Cir. 2026). To facilitate the Court's

1 / 2

final resolution of Petitioner's claims under the Due Process Clause, the Court will await the Fifth Circuit's decision before ruling on the issues that Petitioner raises.

In addition, for these reasons, it is:

**ORDERED** that any request by Petitioner Vitalino Pablo Pablo for a preliminary injunction or other form of immediate injunctive relief is **DENIED**.

Signed on June 23, 2026.

Fernando Rodriguez, Jr.
United States District Judge